TIMOTHY COURCHAINE
United States Attorney
District of Arizona
JOHN BALLOS
Assistant U.S. Attorney
Arizona State Bar No. 020981
7102 E. 30th Street Suite 101
Yuma, Arizona 85365
Email: john.ballos@usdoj.gov
Telephone: 928-314-6402
*Attorneys for Plaintiff*

☒ FILED  ☐ LODGED

**1/13/2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Elsa P. Martinez,<br><br>　　　　Defendant. | No. CR-26-00033-PHX-JFM<br><br>**INFORMATION**<br><br>VIO:　18 U.S.C. § 1703(b)<br>　　　(Delay of Mail)<br>　　　Count 1 |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

**COUNT ONE**
**DELAY OF MAIL**
**18 U.S.C. § 1703(b)**

On or about Oct 17, 2024, in the District of Arizona, Defendant ELSA P. MARTINEZ, was a Postal Service employee and, without authority, opened a piece of mail not directed to her.

All in violation of 18 U.S.C. §1703(b).

Dated this 11 day of January, 2026.

　　　　　　　　　　　　　　TIMOTHY COURCHAINE
　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　District of Arizona

　　　　　　　　　　　　　　*John Ballos*
　　　　　　　　　　　　　　JOHN BALLOS
　　　　　　　　　　　　　　Assistant U.S. Attorney